■ In the Matter of COLIN A. MOORE, a Suspended Attorney. [751 NYS2d 360] —Motion deemed withdrawn, as indicated. No opinion. Concur—Nardelli, J.P., Sullivan, Ellerin, Wallach and Gonzalez, JJ.

■ In the Matter of STUART P. SCHLEM (Admitted as STUART PAUL SCHLEM), an Attorney. [751 NYS2d 360] —Motion for suspension denied, without prejudice to renewal, as indicated. No opinion. Concur—Tom, J.P., Mazzarelli, Saxe, Friedman and Gonzalez, JJ.

■ In the Matter of SONYA LATIMORE (Admitted as SONYA WHITTEN LATIMORE), a Suspended Attorney. [751 NYS2d 360] —Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to a Hearing Panel for a hearing and report, as indicated. No opinion. Concur—Mazzarelli, J.P., Andrias, Saxe, Sullivan and Lerner, JJ.